# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § § | CIVIL ACTION FILE NO. 06-CV-1765 |
| GEORGIA NON PUBLIC POST-SECONDARY EDUCATION COMMISSION, EDWARD MEADOWS, ARMOND WILSON, ALVIN A. HOLLINGER, BRANDY S. KIMBLE, BRIAN J. STRATTON, DEMETRIUS MARCELL TORRAIN, JERMAINE BERNARD GALIMORE, JOHNNY HOWARD, KEVIN LAMAR LINDSEY, MICHAEL KEVIN CURTIS, ROBERTO CARLOS JORDAN, TROY D. WEBSTER, JR., ANDRE COPELAND, MICHAEL HARRIS, ANGEL COLEMAN, CHRIS LLOYD, MIKE WALLACE, KENNY LEWIS, CHRISTOPHER MCGIRT, JANE DOES and JOHN DOES, | § § § § § § § § § § § § § § § § § § § § § § | **CONSENT MOTION FOR THE DISBURSEMENT OF FUNDS ON DEPOSIT IN THE REGISTRY OF THE COURT AND DISMISSAL OF THIS ACTION WITH PREJUDICE** |
| Defendants. | § § | |

**COME NOW** Travelers Casualty and Surety Company ("Travelers"), Georgia Non Public Post-Secondary Education Commission ("NPEC"), Edward Meadows, Armond Wilson, Alvin A. Hollinger, Brandy S. Kimble, Brian J. Stratton, Demetrius Marcell Torrain, Jermaine Bernard Galimore, Johnny Howard, Kevin Lamar Lindsey, Michael Kevin Curtis, Roberto Carlos Jordan, Troy D. Webster, Jr., Andre Copeland, Michael Harris, Angel Coleman, Chris Lloyd, Mike Wallace, Kenny Lewis and Christopher McGirt (collectively referred to as "the Students") who, by and through their undersigned counsel, respectfully move this Court for the disbursal of the $200,000.00 originally deposited in the registry of the Court in this case in accordance with the agreed upon resolution of their disputes in this matter and the dismissal of this case, as follows:

1. $100,000.00 is to be paid to Lyle-Detling, LLC, Counsel for The Students, 127 Church Street, Suite 330, Marietta, Georgia 30360 and the check is to be mailed to John B. Lyle at Lyle-Detling, LLC, 127 Church Street, Suite 330, Marietta, Georgia 30360 in full and final settlement of the Students' claims against NPEC, Travelers and the Non-Public Post Secondary Educational Institution Bond issued by Travelers on behalf of Decker College, Inc.

2. The remaining $100,000.00 principal on deposit in the registry of this Court, plus all accrued interest, minus any statutory user fees, is to be paid to

Travelers Casualty and Surety Company of America, One Tower Square - 2S2, Hartford, CT  06183 and the check is to be mailed to Christina A. Craddock at Bovis, Kyle & Burch, LLC, 53 Perimeter Center East, Third Floor, Atlanta, Georgia 30346-2298.

Upon Travelers' receipt of the funds from the registry of the Court, the Non-Public Post Secondary Educational Institution Bond issued by Travelers on behalf of Decker College, Inc. shall be restored and remain in full force and effect up to the restored $100,000.00 penal sum in accordance with the provisions of O.C.G.A.§20-3-250.1, *et. seq.*

3. Travelers, NPEC and the Students shall dismiss the Complaint, claims, defenses and Counterclaims against each other with prejudice.

**WHEREFORE** Travelers, NPEC and the Students pray that their Motion for Disbursal of the Funds on Deposit in the Registry of the Court be inquired into and granted, that an Order be issued authorizing and directing the Clerk to issue checks to counsel for the Students and Travelers as requested and that the Complaint, claims, defenses and Counterclaims filed in this action by all parties be dismissed with prejudice.

This 8th day of February, 2007.

Respectfully submitted by:

        <u>s/Christina Craddock</u>
        Christina Craddock
        Georgia Bar No. 192785
        Bovis, Kyle & Burch, LLC
        53 Perimeter Center East, 3rd Floor
        Atlanta, Georgia 30346
        770.391.9100
        770.668.0878 Facsimile
        e-mail: <u>cac@boviskyle.net</u>

        Counsel for Travelers Casualty and
        Surety Company of America

        <u>s/John B. Lyle</u>
        <u>(signed by Christina Craddock with</u>
        <u>express permission)</u>
        John B. Lyle
        Georgia Bar No. 461760
        Lyle-Detling, LLC
        127 Church Street, Suite 330
        Marietta, Georgia 30360
        770.421.9400
        770.421.9989 Facsimile

        <u>s/Chalmer E. Detling</u>
        <u>(signed by Christina Craddock with</u>
        <u>express permission)</u>
        Chalmer E. Detling
        Georgia Bar No. 219500
        Lyle-Detling, LLC
        127 Church Street, Suite 330
        Marietta, Georgia 30360
        770.421.9400
        770.421.9989 Facsimile

        Counsel for the 19 Students

s/Rebecca S. Mick
(signed by Christina Craddock with express permission)
Rebecca S. Mick
Georgia Bar No. 504300
Georgia Department of Law
40 Capitol Square
Atlanta, Georgia 30334
404.656.4666
404.657.9932 Facsimile

Counsel for the Georgia Non Public Post-Secondary Education Commission

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| VS. | § § § | **CIVIL ACTION** |
| **STATE OF GEORGIA, GEORGIA NON PUBLIC POST-SECONDARY EDUCATION COMMISSION, EDWARD MEADOWS, ARMOND WILSON, ALVIN A. HOLLINGER, BRANDY S. KIMBLE, BRIAN J. STRATTON, DEMETRIUS MARCELL TORRAIN, JERMAINE BERNARD GALIMORE, JOHNNY HOWARD, KEVIN LAMAR LINDSEY, MICHAEL KEVIN CURTIS, ROBERTO CARLOS JORDAN, TROY D. WEBSTER, JR., ANDRE COPELAND, MICHAEL HARRIS, ANGEL COLEMAN, CHRIS LLOYD, MIKE WALLACE, KENNY LEWIS, CHRISTOPHER MCGIRT, JANE DOES and JOHN DOES,** | § § § § § § § § § § § § § § § § § § § § § | **FILE NO. 06 CV 1765 - CC**  <br><br> **CERTIFICATE OF SERVICE** |
| **Defendants.** | § § | |

This is to certify that I have this day electronically filed ***Consent Motion for the Disbursement of Funds on Deposit in the Registry of the Court and***

*Dismissal of This Action With Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Lyle
Chalmer E. Detling
Lyle Detling, LLC
127 Church Street
Suite 330
Marietta, Georgia 30060

Rebecca S. Mick
Ann S. Brumbaugh
Office of the Attorney General of Georgia
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334

This 8th day of February, 2007.

                                            s/Christina Craddock
                                            Christina Craddock

BOVIS, KYLE & BURCH, LLC
53 Perimeter Center East
Third Floor
Atlanta, Georgia  30346-2298
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net