# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** § § § **Plaintiff,** § § **VS.** § § § **GEORGIA NON PUBLIC POST-SECONDARY EDUCATION COMMISSION, EDWARD MEADOWS, ARMOND WILSON, ALVIN A. HOLLINGER, BRANDY S. KIMBLE, BRIAN J. STRATTON, DEMETRIUS MARCELL TORRAIN, JERMAINE BERNARD GALIMORE, JOHNNY HOWARD, KEVIN LAMAR LINDSEY, MICHAEL KEVIN CURTIS, ROBERTO CARLOS JORDAN, TROY D. WEBSTER, JR., ANDRE COPELAND, MICHAEL HARRIS, ANGEL COLEMAN, CHRIS LLOYD, MIKE WALLACE, KENNY LEWIS, CHRISTOPHER MCGIRT, JANE DOES and JOHN DOES,** § § § § § § § § § § § § § § § § § § § § § § **Defendants.** § § | **CIVIL ACTION FILE NO. 06-CV-1765** <br><br> **<u>CONSENT ORDER DIRECTING DISBURSEMENT OF FUNDS ON DEPOSIT IN THE REGISTRY OF THE COURT AND DISMISSING THIS ACTION WITH PREJUDICE</u>** |

The instant interpleader action was filed on July 28, 2006 in order to resolve competing claims against the Non Public Post-Secondary Educational Institution Bond provided by Travelers Casualty and Surety Company of America ("Travelers") on behalf of Decker College, Inc. and to seek the Court's guidance with respect to the determination of who had the legal right of action under the Bond.  The parties to this action engaged in informal mediation and resolved their disputes and with the consent of all parties,

**IT IS ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal sum of $100,000.00 payable to Lyle-Detling, LLC, Counsel for The Students, 127 Church Street, Suite 330, Marietta, Georgia 30360 and mail the check to John B. Lyle at Lyle-Detling, LLC, 127 Church Street, Suite 330, Marietta, Georgia 30360 in full and final settlement of the Students' claims against NPEC, Travelers and the Non-Public Post Secondary Educational Institution Bond issued by Travelers on behalf of Decker College, Inc.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds remaining on deposit in the registry of this Court in the principal sum of $100,000.00, plus all accrued interest, minus any statutory user fees, payable to Travelers Casualty and Surety Company of America, One Tower

Square - 2S2, Hartford, CT 06183 and mail the check to Christina A. Craddock at Bovis, Kyle & Burch, LLC, 53 Perimeter Center East, Third Floor, Atlanta, Georgia 30346-2298.

Upon Travelers' receipt of the funds from the registry of the Court, the Non-Public Post Secondary Educational Institution Bond issued by Travelers on behalf of Decker College, Inc. shall be restored and remain in full force and effect up to the restored $100,000.00 penal sum in accordance with the provisions of O.C.G.A.§20-3-250.1, *et. seq.* under which the bond was issued for claims that may be timely filed by former students of Decker College who were not parties to this action.

Travelers dismisses its Complaint against Edward Meadows, Armond Wilson, Alvin A. Hollinger, Brandy S. Kimble, Brian J. Stratton, Demetrius Marcell Torrain, Jermaine Bernard Galimore, Johnny Howard, Kevin Lamar Lindsey, Michael Kevin Curtis, Roberto Carlos Jordan, Troy D. Webster, Jr., Andre Copeland, Michael Harris, Angel Coleman, Chris Lloyd, Mike Wallace, Kenny Lewis, Christopher McGirt (hereinafter referred to as "the Students") and the Georgia Non Public Post-Secondary Education Commission ("NPEC") with prejudice.

NPEC dismisses the claims and defenses asserted in its Answer against

Travelers and the Students with prejudice.

The Students dismiss the claims and defenses asserted in their Answer against NPEC and Travelers and also dismiss their Counterclaim against Travelers Casualty and Surety Company of America with prejudice.

All parties shall bear their own respective costs, fees and expenses related to this action.

SO ORDERED this _____ day of February, 2007.

_____
**Honorable Clarence Cooper**
**Judge, United States District Court,**
**Northern District of Georgia**

Consented to by:

s/Christina Craddock
Christina Craddock
Georgia Bar No. 192785
Bovis, Kyle & Burch, LLC
53 Perimeter Center East
Third Floor
Atlanta, Georgia 30346
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net
Counsel for Travelers Casualty and
Surety Company of America

<u>s/John B. Lyle (signed by Christina Craddock with express permission)</u>
John B. Lyle
Georgia Bar No. 461760
Chalmer E. Detling
Georgia Bar No. 219500
Lyle-Detling, LLC
127 Church Street, Suite 330
Marietta, Georgia 30360
770.421.9400
770.421.9989 Facsimile

<u>s/Chalmer E. Detling (signed by Christina Craddock with express permission)</u>
Chalmer E. Detling
Georgia Bar No. 219500
Lyle-Detling, LLC
127 Church Street, Suite 330
Marietta, Georgia 30360
770.421.9400
770.421.9989 Facsimile

Counsel for the 19 Individual Defendants

<u>s/Rebecca S. Mick (signed by Christina Craddock with express permission)</u>
Rebecca S. Mick
Georgia Bar No. 504300
Georgia Department of Law
40 Capitol Square
Atlanta, Georgia 30334
404.656.4666
404.657.9932 Facsimile

Counsel for the Georgia Non Public
Post-Secondary Education Commission